IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED '07 JAN 04 11:58 USDC-ORP

| | |
|---|---|
| CINDY TABACCHI,<br><br>   Plaintiff,<br><br>vs.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social Security<br>   Defendant | Civil No. 05-3104-KI<br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,707.32 and expenses in the amount of $14.64, for a total of $5,721.96, should be awarded to Plaintiff's attorney, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and that costs in the amount of $250.00 should be awarded pursuant to 28 U.S.C. § 1920.

DATED this 3rd day of Jan, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant

Page 1    ORDER FOR EAJA FEES - [05-3104-KI]